IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHANNON BROWN                                                              PLAINTIFF

v.                              Case No. 1:20-cv-1001

ETHICON, INC. and
JOHNSON & JOHNSON                                                         DEFENDANTS

## ORDER

Before the Court is a Joint Stipulation of Voluntary Dismissal Without Prejudice. ECF No. 23. The parties stipulate that Plaintiff's claims against Defendants should be dismissed without prejudice, with each party to bear its own costs. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of July, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge